356 A.2d 360
COMMONWEALTH of Pennsylvania, Appellee,

v.

James E. HAMMONDS, Appellant.

Supreme Court of Pennsylvania.

May 12, 1976.

John J. Dean, Anthony J. Lalama, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Charles W. Johns, Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed.